**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | | |
|---|---|---|
| **In RE:** | ) | |
| | ) | |
| **RONJIT MAYNARD** | ) | **Case No. 26-10779** |
| | ) | |
| **Debtor.** | ) | **Chapter 13** |
| | ) | |
| | ) | |

**MOTION FOR SANCTIONS**

NOW COMES the Debtor, by and through counsel, and respectfully moves the Court for sanctions against Santander Consumer USA Inc. for violation of the automatic stay under 11 U.S.C. §362. n support thereof, the Debtor shows unto the Court the following:

1. Debtor filed for relief under Chapter 13 of the Bankruptcy Code on October 6, 2026.

2. Santander Consumer USA, Inc. (hereinafter "Creditor") holds a lien on the title to a 2019 Chevrolet Silverado vehicle (hereinafter "vehicle") that is owed by the Debtor. The Creditor was listed as a secured creditor in Schedule D of the Chapter 13 Petition.

3. The address listed for the Creditor in the Petition is PO Box 961245, Fort Worth, TX 76161. The Notice to Creditors and Proposed Plan was served on the Creditor at this address by Debtor's attorney by first-class mail on October 6, 2026. Upon information and belief, the Clerk caused to be mailed to the Creditor the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditor, and Deadlines on or about October 8, 2026.

4. To date, none of the notices mailed to the Creditor have been returned as undeliverable.

5. On October 9, 2026, the Creditor caused the Debtor's 2019 Chevrolet Silverado vehicle to be repossessed.

6. The repossession of the vehicle referenced above was in willful violation of the automatic stay provisions of 11 U.S.C. §362. The Creditor has neither sought nor obtained relief from the automatic stay.

7. After numerous telephone calls by the Debtor's attorney and the Debtor to representatives of the Creditor beginning on October 9, 2026, the Creditor did not make the vehicle available to be released to the Debtor such that the Debtor could not retain possession of his vehicle until October 13, 2026.

8. The Debtor was without use of the vehicle from October 9, 2026 through October 13, 2026 and experienced difficulties due to the lack of transportation caused by the wrongful repossession of the vehicle. The Debtor expended time and expense in order to pick up the vehicle

from the repossession agent at an out of town location. Further, the Debtor missed parts of two days of work due to the wrongful repossession of the vehicle. The Debtor's income is commission based and the missed work caused loss of opportunity of sales commission income.

8. Debtor's attorney has incurred costs and fees related to the Creditor's wrongful repossession.

WHEREFORE, the Debtor prays that the Court enter an Order as follows:

1. Finding that Santander Consumer USA, Inc. and its agents are in violation of the automatic stay under 11 U.S.C. §362;

2. Awarding monetary sanctions to the Debtor to compensate Debtor for his injury and to punish Santander Consumer USA, Inc. for its illegal conduct in violation of the automatic stay;

3. Awarding attorney fees incurred by the Debtor in connection with the wrongful repossession and the bringing of this motion;

4. Disallowing or reducing Santander Consumer USA, Inc.'s claim based on the wrongful repossession in violation of the automatic stay; and

5. Granting such other and further relief the Court deems just and proper.

This the 16th day of October, 2026.

/s/Tommy S. Blalock, III
Tommy S. Blalock, III,
Attorney for Debtor
620 Green Valley Road, Suite 209
Greensboro, North Carolina 27408
Telephone: (336) 274-2343
N.C. State Bar No. 26467

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing MOTION FOR SANCTIONS was served on all interested parties by mailing a copy thereof by first-class mail, postage prepaid, addressed as follows:

Ronjit Maynard
5801 Battery Drive, Apt. 3D
Greensboro, NC 27409

Santander Consumer USA, Inc.
PO Box 961245
Fort Worth, TX 76161

Anita Jo Kinlaw Troxler, Chapter 13 Trustee
*VIA CM/ECF ONLY*

John Paul H. Cournoyer, Bankruptcy Administrator
*VIA CM/ECF ONLY*

This the 16th day of October, 2026.

/s/Tommy S. Blalock, III
Tommy S. Blalock, III,
Attorney for Debtor